IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 11-CR-00158-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Anthony Buchanan

    Defendant.

---

## MINUTE ORDER

---

Pursuant to the directions of                                     Kathy Triplett, Deputy Clerk
Magistrate Judge Michael E. Hegarty                          June 1, 2011

It is hereby ORDERED:

      Anthony Buchanan shall appear in U.S. District Court; Courtroom A-501; 901 19th Street;

Denver, Colorado on Monday, June 13, 2011 at 2:00 p.m. to answer to pending charges. Failure

to appear may result in issuance of a warrant for arrest.

---

      The undersigned hereby certifies that on the above date a copy of this Minute Order was duly mailed to the persons listed below by US mail or electronic delivery:

| | |
|---|---|
| Michele Korver | Anthony Buchanan |
| Assistant U.S. Attorney | 10009 W. Orange Drive |
| | Burbank, California 91506 |
| | |
| U.S. Probation | |
| | Gregory Langham, Clerk |
| U.S. Marshal Service | |
| | By: s/KTriplett |
| |     Deputy Clerk |